Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
         susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>GALEDRIGE CONSTRUCTION, INC., a California corporation; and ALFRED NORMAN GALEDRIGE, an individual,<br><br>Defendants. | Case No.: CV-13-2651-DMR<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** (AS MODIFIED)<br>Date:     September 25, 2013<br>Time:    1:30 p.m.<br>Ctroom: 4, 3rd Floor, Oakland<br>            Hon. Donna M. Ryu |

Plaintiffs provide this abbreviated Case Management Conference Statement.

On June 10, 2013, plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint").

///

1  The Complaint was served on defendants via substituted service on July 15, 2013.
2  Defendants failed to file a responsive pleading. On August 29, 2013, Plaintiffs filed their
3  Request for Entry of Default against defendants. On August 30, 2013, the Clerk of the Court
4  entered the default of both defendants.
5  Plaintiffs will proceed in default and will have a motion for default judgment filed
6  within sixty (60) days. Based on the above, Plaintiffs respectfully request that this Court
7  continue the September 25, 2013, case management conference for approximately sixty days.
8  DATED: September 4, 2013

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

**ORDER**  (AS MODIFIED)

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the September 25, 2013, case management conference be continued to _____December 4___, 2013 at 1:30 p.m., Courtroom 4, 3rd floor. A case management statement shall be filed seven (7) days prior to the next scheduled case management conference. If plaintiffs file their motion for default judgment prior to the rescheduled case management conference, the case management conference will be vacated. Plaintiffs shall serve the Defendants with a copy of this Order and file a proof of service with the Court.

DATED: September 11, 2013

By _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

14290417.1

Case No.: CV-13-2651-DMR                    – 2 –
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

## PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On September 9, 2013, I served the document(s) entitled:

**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**

upon the following party(ies):

Galedrige Construction, Inc.  
2338 Price Way  
San Jose, CA  95124

Alfred Norman Galedrige  
2338 Price Way  
San Jose, CA  95124

☒ BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2013, at San Francisco, California.

*Kristina M. Clark*

\*\*\*\*\*

Case No.: CV-13-2651-DMR — 3 —
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON