1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5          susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11 | BOARD OF TRUSTEES OF THE                  | Case No.: CV-13-2651-DMR
   | LABORERS HEALTH AND WELFARE               |
12 | TRUST FUND FOR NORTHERN                   | **CASE MANAGEMENT CONFERENCE**
   | CALIFORNIA; BOARD OF TRUSTEES OF          | **STATEMENT; ORDER THEREON**
13 | THE LABORERS VACATION-HOLIDAY             |
   | TRUST FUND FOR NORTHERN                   |
14 | CALIFORNIA; BOARD OF TRUSTEES OF          | Date:    December 4, 2013
   | THE LABORERS PENSION TRUST FUND           | Time:    1:30 p.m.
15 | FOR NORTHERN CALIFORNIA; and              | Ctroom:  4, 3rd Floor, Oakland
   | BOARD OF TRUSTEES OF THE                  |          Hon. Donna M. Ryu
16 | LABORERS TRAINING AND RETRAINING          |
   | TRUST FUND FOR NORTHERN                   |
17 | CALIFORNIA,                               |

18                   Plaintiffs,

19          vs.

20  GALEDRIGE CONSTRUCTION, INC., a
    California corporation; and ALFRED
21  NORMAN GALEDRIGE, an individual,

22                   Defendants.

23

24       Plaintiffs provide this abbreviated Case Management Conference Statement.

25       On June 10, 2013, plaintiffs filed their Complaint for Damages for Breach of Collective

26  Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary

27  Duty and for a Mandatory Injunction ("Complaint").

28  / / /

---
CV-13-2651-DMR                          – 1 –
                 CASE MANAGEMENT CONFERENCE STATEMENT

1     The Complaint was served on defendants via substituted service on July 15, 2013.

2 Defendants failed to file a responsive pleading. On August 29, 2013, Plaintiffs filed their

3 Request for Entry of Default against defendants. On August 30, 2013, the Clerk of the Court

4 entered the default of both defendants. Plaintiffs will proceed in default and have their motion

5 for default almost ready for filing, but it will take another 10-14 days to have the motion

6 completed and filed. Based on the above, Plaintiffs respectfully request that this Court continue

7 the December 4, 2013, case management conference for approximately thirty days. Plaintiffs

8 will have the motion for default judgment on file within thirty days.

9 DATED: November 27, 2013

10                                     BULLIVANT HOUSER BAILEY PC

12                                     By _____
                                          Ronald L. Richman
13                                           Susan J. Olson

14                                       Attorneys for Plaintiffs

15                                           **ORDER**

16     Pursuant to the Plaintiffs' request to continue the case management conference and good

17 cause appearing:

18     IT IS HEREBY ORDERED that the December 4, 2013, case management conference be

19 continued to __January 22__, 2014 at 1:30 p.m., Courtroom 4, 3rd floor. A case management

20 statement shall be filed seven (7) days prior to the next scheduled case management conference.

21 If plaintiffs file their motion for default judgment prior to the rescheduled case management

22 conference, the case management conference will be vacated. Plaintiffs shall serve the Defendants with a copy of this Order and file a proof of service with the court.

23 DATED: ~~November~~ 2, 2013
            December

24

25                                     By _____
                                          HON. DONNA M. RYU
26                                           UNITED STATES MAGISTRATE JUDGE

28 14378558.1

# PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On November 27, 2013, I served the document(s) entitled:

**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**

upon the following party(ies):

Galedrige Construction, Inc.  
2338 Price Way  
San Jose, CA  95124

Alfred Norman Galedrige  
2338 Price Way  
San Jose, CA  95124

☒  BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2013, at San Francisco, California.

Kristina M. Clark

*****