United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C-13-02651 DMR |
| Plaintiff(s), | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| v. | |
| GALEDRIGE CONSTRUCTION INC, | |
| Defendant(s). | |

Plaintiffs have filed a motion to dismiss Defendant Alfred Norman Galeridge without prejudice. [Docket No. 23.] Federal Rule of Civil Procedure 41(a)(1) "allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment." *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993). Defendant Alfred Norman Galeridge has not answered, filed a motion for summary judgment, or otherwise appeared in this action. Accordingly, a court order is not required for dismissal of Defendant Alfred Norman Galeridge without prejudice. Plaintiffs' motion to dismiss is denied as moot.

IT IS SO ORDERED.

Dated: December 17, 2013

DONNA M. RYU
United States Magistrate Judge